FILED
NOV 0 9 2022
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

(United States District Court of West Virginia)

Petition For Writ of Habeas Corpus
28 U.S.C section 2241                November 6, 2022

5:22 cv 264

My Name is Kevin Earl Elrod Inmate: 65748-056
I am being held in a Federal Prison in The U.S.P-Hazelton Bruceton Mills, And wish to challenge the manner of this prison conditions. I'm also requesting to file a "28 U.S.C section 2241 motion" and request Counsel "6th Amendment, so my motion can be filed properly and successful. Due to my mental problem's with variety issues to cope and comprehend. It's on file and proven as evidence to my mental state of mind and my M.R mildly retardation" I bring these matters in front of the courts. The as a inmate my rights to a shower has been violated for 7 day since the 10/31/22 we got locked down in a cell going on 144 hours and counting also Food's being uncooked on 11/4/22 at lunch fish patty on Rice which was uncooked, on 11/6/22 morning meal uncooked Grits. And meals are cold at time's when we receive the tray, In the cell. Rules and regulation's and officers in Higher rank and Lower rank abuse their authority and will protect their employees when wrongfully committing Prohibited practices as a officer working for the Federal prison. I am giving a channel through correspondence with TRUE information regarding these violation's, one is use of Tobacco products being used and Throw or spit on Federal ground, And at time's Inmates grab chew being spit on the ground and smoke it. Another is officers using Gay insults and verbable language towards inmate's "I am a christian and a officer working the Yard Gun tower Yelled "Keep Fuc**** Moving" "Quick Talking to your boy friend" 4 others are witnesses to this also. And to Append their might be a possibility of waste of funds too. Also danger to inmates health by Providing Flu shots through a unsanitize Food Flap its on camrea I will provie The date when I ask one of the inmate when it was. Failure to provide commissary for a month now, I have no Soap or Toothpaste or a Stamp or Food item's, And failure to provide our hygiene need's For a week Plus. No Shower for a whole week, their are other willing witnesses to this, we get shower's every three day during lock down "We were locked in 10/31/22" and did not receive shower's on 11/3/22. They only conducted cell search upon that date. Today 11/6/22 still no shower or proper hygiene providence. The higher ranking officer "Caption" "And warden" or "SIS" Fail to properly do their Job right "They abuse their Authority. To bring to your Attention I wish to follow with a Law suite Due to these problem's going through Pain and suffering, violations to my inmate right's, homosexual insults being stated; such as, Look how he walk, He take that dick, Quick talking to your boy friend, Statement's, And mistreatment to Hygiene qualification; this is a standard right that must be complied with. This is unhealthy and unsanitary and I am Suffering. Not Just I the whole A-1 unite and can happen to the rest of the units if these issues are not establish with rightful actions, and should follow with disciplinary Punishment for failing to follow rules and regulation's.
Due to this, I wish to file a "2241" and request counsel, To challenge the condition of the prison.

Respectfully written; Kevin Elrod #65748-056

Date: 11/6/22

1 of 1